JS-6

LINDA VAN WINKLE DEACON (State Bar No. 60133)
STEPHANIE M. SAITO (State Bar No. 188778)
BATE, PETERSON, DEACON, ZINN & YOUNG LLP
888 South Figueroa Street, Fifteenth Floor
Los Angeles, California  90017
Telephone: (213) 362-1860
Facsimile:   (213) 362-1861
ldeacon@bpdzylaw.com
ssaito@bpdzylaw.com

Attorneys for Defendant
NATIONAL RAILROAD PASSENGER CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP FISCHER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORP., a Washington D.C. corporation; DOES 1-10, business enti(ies), form(s) unknown; DOES 11-20, individual(s); and DOES 21-30, inclusive,<br><br>Defendant(s). | Case No.  CV10-00926 GAF(Ex)<br><br>[Assigned for all purposes to the Hon. Gary Allen Feess, Courtroom 740]<br><br>**JUDGMENT AND NOTICE OF ENTRY OF JUDGMENT**<br><br>Discovery Cut-Off:   February 4, 2011<br>Motion Cut-Off:        February 14, 2011<br>Trial Date:                 April 19, 2011<br><br>Complaint Filed:      December 31, 2009<br><br>(Removed from Los Angeles Superior Court Case No. BC 429070) |

Defendant National Railroad Passenger Corporation's (commonly known as "Amtrak") Motion for Summary Judgment or, in the Alternative, Summary Adjudication of Issues came on regularly for hearing before this Court on February 14, 2011.  Linda Van Winkle Deacon and Stephanie M. Saito of Bate, Peterson, Deacon, Zinn & Young LLP appeared on behalf of Amtrak; Angie Phung appeared on behalf of Plaintiff Philip Fischer ("Plaintiff").

After considering the moving and opposition papers, oral arguments of counsel and all other matters presented to the Court, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice on the merits as to all claims, and that Amtrak recover its costs, the amount of which shall be determined by application to the Clerk of the Court.

PLEASE TAKE NOTICE that this Order constitutes Notice of Entry of Judgment pursuant to Rule 77(d) of the Federal Rules of Civil Procedure.

Dated:  March 4, 2011

_____
THE HONORABLE GARY E. FEES
United States District Judge